# <u>EXHIBIT A</u>

**LITA ROSARIO-RICHARDSON, ESQ.**
**10016 CHARTWELL MANOR COURT**
**POTOMAC, MARYLAND 20854**

The Honorable Reggie B. Walton
333 Constitution Ave NW
Washington DC 20001

RE: TEVON STEPHENS

Dear Judge Walton:

I am an attorney and shareholder in a local law firm. My husband and I live in Maryland. I have lived in the DMV area for the past 35 years. I came to this area from Boston, Massachusetts and have been life-long friends with Tevon Stephens' family. In fact, his mother, Reana Swan, and I grew up together in Boston. She is a little sister to me. Her mother, Tevon's grandmother, is an aunt to me. Tevon comes from a strong family with strong family values.

I have known Tevon since he was born. Tevon was always a quiet young man. When I learned of the charges against Tevon my heart was broken. When his only brother tragically died of cancer only a few years ago, I saw him withdraw. I had been concerned about him and his well-being since that time. Tevon was not taking life seriously, didn't want to grow up and had a "nothing matters anymore" attitude. I do believe that this entire experience has taught Tevon how serious his actions were. He now realizes that his actions have consequences both for himself and for the victims.

I ask this Court to consider leniency and that the sentence allow for rehabilitation. Tevon has a good soul and a strong loving family that will support him, and with the proper psychological help he still has the opportunity to make a better life for himself.

Respectfully submitted,

*Lita Rosario-Richardson*

Lita Rosario-Richardson, Esq.