# EXHIBIT B

The Honorable Reggie B. Walton
333 Constitution Ave NW
Washington, DC 20001

Dear Judge Walton:

My name is Raena Swann, and I am writing to you as the mother of Te'von Nathaniel Stephens. I am also the mother of Shaena Horner, age 37, and the late Anthony "Tony" Stephens, Jr., who passed away on April 13, 2018, at the age of 25. In addition to being a mother, I am a wife, the oldest of three sisters, a godmother to three young women, and a part-time caregiver for my mother and mother-in-law. I currently reside in Capitol Heights, Maryland, with my husband and mother-in-law.

I have worked in the financial industry for more than 30 years and currently serve as a Bank Secrecy Act (BSA) Manager. I share this because honesty, integrity, accountability, and doing what is right are not simply professional values to me; they are values that I have tried to live by throughout my life and instill in my children. I understand the importance of being accountable for our decisions, especially when those decisions have consequences for ourselves and others.

I am writing this letter with a humble and sincere heart to share with the Court who my son is beyond the circumstances that have brought him before you. I am aware of the charges against Te'von, and I understand the seriousness of the matter before the Court. I am not writing to make excuses for his actions or to dispute the charges. I believe that people must be held accountable for their choices. Rather, I respectfully ask that the Court consider the person I have known and loved for his entire life, the values with which he was raised, the hardships he has experienced, and his ability and willingness to change.

Te'von was raised in a two-parent household until approximately eight years old, when his father and I separated and later divorced. Following our divorce, Te'von remained in my custody while his older brother lived with his father. Although I enrolled both of my sons in counseling during that time, I recognize now that the separation and divorce affected Te'von in ways that were not always visible to me. As a mother, I carried guilt about the changes our family was experiencing, and in hindsight, I recognize that there were times when I could have provided Te'von with greater structure, discipline, and consequences when he made poor choices. That is something I have reflected on deeply as his mother.

One of the greatest losses our family has ever experienced was the death of my son, Te'von's oldest brother, Tony, on April 13, 2018. Losing Tony created a void that can never truly be filled. Te'von was deeply affected by his brother's death, although he did

not openly communicate what he was feeling. We saw changes in him. He became more reserved, his appetite and daily routines changed, and when he was not working or participating in family functions, he often spent a great deal of time alone.

Te'von has always struggled with expressing his emotions and communicating difficult feelings. He does not always know how to put his emotions into words or process painful experiences, and much of his comfort has historically come from being around his family. Even after Tony's passing, Te'von continued to honor his brother by participating each year in the Leukemia walk in Tony's memory. He did this not only to honor his brother, but also because he knew how meaningful it was to me. That may seem like a small act to some, but as his mother, those moments have meant a great deal to me.

Despite the challenges he has faced, I have known Te'von to be respectful and caring toward his family. He has always had meaningful relationships with his sister, aunts, grandparents, and the people close to our family. We often describe ourselves as a "girl family," with Te'von being the only man among us. As a result, he has carried an important role within our family. He has helped care for his grandmother, with whom he was living, as well as other grandparents who are now in their 90s. He has been someone our family could depend on, and his absence has been deeply felt.

I was deeply disturbed when I learned of the charges against my son. As his mother, it is difficult to reconcile the circumstances before the Court with the son I have known for his entire life. However, I understand that love for my child does not mean ignoring accountability. I believe Te'von must take responsibility for his actions and understand the pain and consequences they have caused.

Through my conversations with Te'von, I believe he is genuinely remorseful. I believe he recognizes that his actions have caused pain and hurt to others, and I believe he understands that he must make different choices moving forward. Since his incarceration, he has also turned to his faith and committed his life to Jesus. I believe that faith, combined with accountability, counseling, structure, and meaningful support, can be an important part of his rehabilitation.

Te'von has a family that is willing to stand beside him and help him through this process. As his mother, I am prepared to do more than simply tell him that I love him. I am prepared to help him make meaningful changes. I will encourage and assist him in attending therapy, support groups, recovery programs, and any other appropriate services available to him. I will encourage him to maintain structure, take responsibility for his decisions, and develop healthier ways of communicating and coping with difficult situations.

I believe rehabilitation is possible when a person is willing to accept responsibility and has the appropriate support and accountability around them. I believe Te'von has that support. Our family is prepared to help him rebuild his life, make better decisions, and work toward becoming a productive and meaningful member of society.

Your Honor, I am not asking the Court to erase the consequences of Te'von's actions. I am asking you to consider his entire life and character, not only the circumstances that have brought him before the Court. He is a son, a brother, a grandson, and a loved member of our family. He is also a person who has the capacity to learn from this experience and make meaningful changes.

As his mother, I believe with all my heart that Te'von can become a better man. I believe he can use this experience as a turning point rather than allowing it to define the rest of his life. I respectfully ask the Court for compassion and leniency and, if possible, an opportunity for Te'von to rehabilitate himself, rebuild his future, and demonstrate through his actions that he is capable of making better choices.

Thank you, Your Honor, for taking the time to read my letter and for considering my perspective as Te'von's mother. I sincerely appreciate your service to our community and your thoughtful consideration of my son and our family.

Respectfully,

Raena Swann